# UNITED STATES DISTRICT COURT
# IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**GILBANE BUILDING COMPANY,**

    Plaintiff,

v.                                      **Case No.:** 8:23-cv-00794-CEH-CPT

**CHURCH OF SCIENTOLOGY**
**RELIGIOUS TRUST, et al.,**

    Defendants.

## NOTICE OF LEAD COUNSEL DESIGNATION

Plaintiff, Gilbane Building Company ("Gilbane"), hereby designates the undersigned, David E. Gurley, as its lead counsel in this action.

Dated: April 17, 2023.

                                          Respectfully submitted,

                                          **GURLEY◆FANT**

                                          */s/ David E. Gurley*
                                          David E. Gurley, *Lead Counsel*
                                          Fla. Bar No.: 0402214
                                          dgurley@gurleyfant.com
                                          Michael A. Fant
                                          Fla. Bar No.:  0100713
                                          mfant@gurleyfant.com
                                          601 S. Osprey Ave.
                                          Sarasota, FL  34236
                                          Telephone: (941) 365-4501
                                          Facsimile: (941) 365-2916
                                          Secondary: eservice@gurleyfant.com

                                          *Counsel for Plaintiff, Gilbane Building Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court via the Court's CM/ECF system, and that a copy of the foregoing will be served on the Defendants with process.

                                                 **GURLEY◆FANT**

                                        */s/ David E. Gurley*
                                        David E. Gurley, *Lead Counsel*
                                        Fla. Bar No.: 0402214
                                        dgurley@gurleyfant.com