UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GILBANE BUILDING COMPANY,**

    Plaintiff,

v.                                               **Case No.:** 8:23-cv-00794-CEH-CPT

**CHURCH OF SCIENTOLOGY
RELIGIOUS TRUST, et al.,**

    Defendants.

### RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT
### OF GILBANE BUILDING COMPANY

Plaintiff, Gilbane Building Company ("Gilbane"), hereby makes this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03 and states as follows:

1. Gilbane is a wholly owned subsidiary of Gilbane, Inc. Neither Gilbane nor Gilbane, Inc. is publicly traded.

2. Name and citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: Gilbane is a corporation organized under the laws of the State of Rhode Island with its principal place of business located in the State of Rhode Island and is a citizen of the State of Rhode Island.

3. Each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome:

    a.    Gilbane, Inc.;

    b.    Gilbane Building Company;

   c. Gurley ◆ Fant;

   d. David Gurley;

   e. Mike Fant;

   f. Defendants.

4. Each entity with publicly traded shares or debt potentially affected by the outcome: None.

5. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: None known at this time.

6. Each person arguably eligible for restitution: Gilbane Building Company.

7. I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: April 21, 2023.

              Respectfully submitted,

              **GURLEY◆FANT**

              */s/ David E. Gurley*
              David E. Gurley, *Lead Counsel*
              Fla. Bar No.: 0402214
              dgurley@gurleyfant.com
              Michael A. Fant
              Fla. Bar No.:  0100713
              mfant@gurleyfant.com
              601 S. Osprey Ave.
              Sarasota, FL  34236
              Telephone: (941) 365-4501
              Facsimile: (941) 365-2916
              Secondary: eservice@gurleyfant.com

              *Counsel for Plaintiff, Gilbane Building Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court via the Court's CM/ECF system, and that a copy of the foregoing will be served on the Defendants with process.

**GURLEY◆FANT**

*/s/ David E. Gurley*
David E. Gurley, *Lead Counsel*
Fla. Bar No.: 0402214
dgurley@gurleyfant.com