UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GILBANE BUILDING COMPANY,**

    Plaintiff,

v.                                                    Case No.: 8:23-cv-00794-CEH-CPT

**CHURCH OF SCIENTOLOGY RELIGIOUS TRUST; MARY SALINAS HUBER, GLEN STILO, and UNKNOWN OTHERS, AS TRUSTEES OF THE CHURCH OF SCIENTOLOGY RELIGIOUS TRUST,**

    Defendants.

---

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

    **COME NOW**, Plaintiff, GILBANE BUILDING COMPANY, and Defendants, CHURCH OF SCIENTOLOGY RELIGIOUS TRUST; MARY SALINAS HUBER, GLEN STILO, and UNKNOWN OTHERS, AS TRUSTEES OF THE CHURCH OF SCIENTOLOGY RELIGIOUS TRUST, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), file this, Joint Stipulation for Voluntary Dismissal with Prejudice of the above-styled action on the following terms:

    1.    The above-styled action, including all claims and counterclaims asserted or which could have been asserted in this action are dismissed with prejudice.

    2.    It is further stipulated and agreed by and between the parties hereto that each party shall bear its own attorneys' and experts' fees, costs, and expenses arising from or related to this action.

Dated: June 14, 2023.

Respectfully submitted,

| | |
|---|---|
| **GURLEY◆FANT**<br><br>*/s/ Michael A. Fant*<br>Michael A. Fant<br>Fla. Bar No.: 0100713<br>mfant@gurleyfant.com<br>David E. Gurley<br>Fla. Bar No.: 0402214<br>dgurley@gurleyfant.com<br>601 S. Osprey Ave.<br>Sarasota, FL 34236<br>Telephone: (941) 365-4501<br>Facsimile: (941) 365-2916<br>Secondary: eservice@gurleyfant.com<br>*Counsel for Plaintiff, Gilbane Building Company* | */s/ Charles M. Harris, Jr.*<br>Charles M. Harris, Jr., FBN 967459<br>charris@trenam.com / nhawk@trenam.com<br>TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.<br>200 Central Ave., Suite 1600<br>St. Petersburg, FL 33701<br>Telephone (727) 820-0835<br>Facsimile (720) 822-8048<br>*Counsel for Defendants,*<br>*Church of Scientology Religious Trust; Mary Salinas Huber, Glen Stilo, and Unknown Others, as Trustees of the Church of Scientology Religious Trust* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court via the Court's CM/ECF system, with electronic notice going to all counsel of record.

**GURLEY◆FANT**

*/s/ Michael A. Fant*
Michael A. Fant
